WILLIAM F. RANDEL, Appellant, *v.* WILLIAM K. VANDERBILT, Individually and as Surviving Executor of CORNELIUS VANDERBILT, Deceased, et al., Respondents.

*Randel* .v. *Vanderbilt,* 75 App. Div. 313, affirmed.
(Submitted January 17, 1905; decided January 31, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 22, 1902, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*William O. Miles* for appellant.

*Henry B. Anderson* and *Chandler P. Anderson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

JOHN F. LYNCH, Appellant, *v.* THE BUSH COMPANY, LIMITED, Respondent.

*Lynch* v. *Bush Company, Limited,* 89 App. Div. 286, affirmed.
(Argued January 17, 1905; decided January 31, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 25, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Abram H. Dailey* and *Melville J. France* for appellant.

*L. Sidney Carrère* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.